FILED
2019 Jan-11 PM 03:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| NANCY HESTER,  :<br><br>            Plaintiff,  :<br><br>vs.  :<br><br>RELIANCE STANDARD LIFE  :<br>INSURANCE COMPANY, and A, B and  :<br>C, the persons, firms, and insurance  :<br>companies that insured the long-term  :<br>disability benefits that are at issue in this  :<br>case and whose true identity is not known,  :<br>but will be added by amendment when  :<br>ascertained,  :<br>                                            :<br>            Defendants.  : | Civ. Action No.: |

## NOTICE OF REMOVAL

Defendant Reliance Standard Life Insurance Company ("Reliance"), by and through its undersigned counsel, timely files this Notice of Removal pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1332, 29 U.S.C. § 1132(e) and 28 U.S.C. § 1441(a), (b), and (c) removing the above-captioned action to the United States District Court for the Northern District of Alabama, Northwestern Division, from the Colbert County Circuit Court, Alabama, and avers as follows:

1611695.1

1.   The above-captioned action was commenced by Plaintiff against Defendant in the Colbert County, Alabama Circuit Court on or about December 10, 2018. A true and correct copy of the Complaint is attached hereto as part of Exhibit "A."

2.   Service of the Complaint, directed to Reliance, was made on December 13, 2018. *See* Exhibit "A."

3.   In this lawsuit, Plaintiff seeks long term disability benefits under a group disability insurance policy insured by Reliance. *See* Complaint.

4.   The policy under which Plaintiff is seeking benefits insures a group employee benefit plan of Northwest Alabama Health Care Authority d/b/a Helen Keller Hospital.

5.   Contrary to the allegation in paragraph 11 of the Complaint, the Plan sponsor is not a governmental agency. Accordingly, the LTD policy and the claims under it are subject to and governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001 *et. seq.*

6.   A cause of action filed in state court seeking recovery of benefits under an employee welfare benefit plan is removable to federal court pursuant to 28 U.S.C. § 1441(c) as an action arising under a federal law. *See Metropolitan Life Insurance Company v. Taylor*, 481 U.S. 58 (1987); *Pilot Life Insurance Company v. Dedeaux*, 481 U.S. 41 (1987).

1611695.1

7. This court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 1132(e). As a civil action founded upon a claim of right arising under the laws of the United States, this action may be removed to this court pursuant to the provisions of 28 U.S.C. § 1441(a), (b), and (c).

8. This court also has diversity jurisdiction under 28 U.S.C. § 1332 as Plaintiff is a resident of and is domiciled in Alabama, and Reliance is an Illinois corporation with its principal place of business in Pennsylvania.

9. The amount in controversy exceeds $75,000 exclusive of interest and costs as Plaintiff is seeking compensatory damages, punitive damages, and future benefits in addition to past disability benefits.

10. This Notice of Removal is being filed within thirty (30) days of Defendant's receipt of the Complaint as required by 28 U.S.C. § 1446(b).

11. All pleadings, process, or orders served on Reliance are attached to this Notice as required by 28 U.S.C. § 1446(a).

12. All fees required by law in connection with this notice have been filed by Defendant.

**WHEREFORE**, Defendant Reliance Standard Life Insurance Company removes the above-captioned matter now pending in the Colbert County, Alabama

Circuit Court to the United States District Court for the Northern District of Alabama, Northwestern Division.

Respectfully submitted this 11th day of January, 2019.

/s/ *Christopher L. Yeilding*
Attorney for Defendant Reliance Standard Life Insurance Company

**OF COUNSEL:**

Christopher L. Yeilding
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8799

**CERTIFICATE OF SERVICE**

I, the undersigned counsel, do hereby certify that I have this day, January 11, 2019 [handwritten: 2019, striking out 2018], filed the foregoing pleading with the Clerk of Court using the ECF system which sent notification of such filing to counsel listed below:

Mr. Willson Jenkins
201 South Court Street
Suite 450
Florence, AL 35630

/s/ *Christopher L. Yeilding*
Of Counsel

1611695.1