FILED
 2019 Jan-11 PM 03:17
U.S. DISTRICT COURT
 N.D. OF ALABAMA

# EXHIBIT A

| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>20-CV-2018-900390.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF COLBERT COUNTY, ALABAMA**
**NANCY HESTER V. RELIANCE STANDARD LIFE INSURANCE COMPANY**

**NOTICE TO:** RELIANCE STANDARD LIFE INSURANCE COMPANY, C/O CT CORPORATION SYSTEM 2 N. JACKSON ST STE.605, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), ROBERT WILLSON JENKINS MR.

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 210 E. TENNESSEE STREET, FLORENCE, AL 35630

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of NANCY HESTER pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 12/10/2018 3:58:00 PM | /s/ NANCY L. HEARN | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.   /s/ ROBERT WILLSON JENKINS MR.
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County,
*(Name of Person Served)*  *(Name of County)*

Alabama on _____
*(Date)*

_____   _____   _____
*(Type of Process Server)*   *(Server's Signature)*   *(Address of Server)*

_____   _____
*(Server's Printed Name)*   *(Phone Number of Server)*

ELECTRONICALLY FILED
12/10/2018 3:57 PM
20-CV-2018-900390.00
CIRCUIT COURT OF
COLBERT COUNTY, ALABAMA
NANCY L. HEARN, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93  Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number:<br>20- <br>Date of Filing:<br>12/10/2018 | Judge Code: |

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF COLBERT COUNTY, ALABAMA
### NANCY HESTER v. RELIANCE STANDARD LIFE INSURANCE COMPANY

**First Plaintiff:** ☐ Business  ☑ Individual      **First Defendant:** ☑ Business  ☐ Individual
☐ Government  ☐ Other                                                    ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☑ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other:

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ INITIAL FILING        A ☐ APPEAL FROM DISTRICT COURT        O ☐ OTHER

R ☐ REMANDED        T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?**  ☑ YES  ☐ NO     Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**  ☐ MONETARY AWARD REQUESTED  ☑ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** JEN009        12/10/2018 3:57:18 PM        /s/ ROBERT WILLSON JENKINS MR
                                    Date                         Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**  ☐ YES  ☐ NO  ☑ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:**  ☐ YES  ☐ NO

DOCUMENT 2



ELECTRONICALLY FILED
12/10/2018 3:57 PM
20-CV-2018-900390.00
CIRCUIT COURT OF
COLBERT COUNTY, ALABAMA
NANCY L. HEARN, CLERK

## IN THE CIRCUIT COURT OF COLBERT COUNTY ALABAMA

| | | |
|---|---|---|
| NANCY HESTER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. _____ |
| | ) | |
| RELIANCE STANDARD LIFE | ) | |
| INSURANCE COMPANY, | ) | |
| and A, B, and C, the persons, firms, | ) | |
| and insurance companies that insured | ) | |
| the long-term disability benefits that | ) | |
| are at issue in this case and whose | ) | |
| true identity is not known, but will be | ) | |
| added by amendment when | ) | |
| ascertained, | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT

### Factual Averments

1. Plaintiff, Nancy Hester, is a resident citizen of Colbert County, Alabama and has been at times material to this complaint.

2. The Plaintiff was a long-time employee for Northwest Alabama Health Care Authority d/b/a Helen Keller Hospital of Tuscumbia in the nursing department. As part of her benefits package, Northwest Alabama Health Care Authority d/b/a Helen Keller Hospital sponsored and maintained a long-term disability insurance policy issued by defendant, Reliance Standard Life Insurance Company (hereinafter referred to as "Reliance") and/or A, B and C that provided disability benefits up and through an employee's normal retirement age.

3. Under the policy of benefits at issue, Reliance and/or A, B and C, promised to pay benefits for the first 24 months if an employee was disabled from the material duties of her regular occupation and then after 24 months, unable to perform the material duties of any occupation.

4. The Plaintiff first became entitled to disability benefits on January 29, 2015. She was disabled from her regular occupation due to a variety of medical conditions, including but not limited to bilateral hip pain, low back pain, Anknylosing spondylitis; and side effects from medications.

5. The Plaintiff was awarded Social Security Disability benefits. The Social Security Administration determined that the Plaintiff was disabled from substantial gainful employment based upon her education, training and experience.

6. Reliance offset monthly long term disability benefits due to the Plaintiffs' receipt of social security disability benefits.

7. In a letter dated December 20, 2016, Reliance determined that effective July 28, 2017, the Plaintiff would no longer meet the definition of disability because she now must be disabled from any occupation and that her claim was limited to 24 months because her disability was caused or contributed to by a mental illness.

8. No practicing physician on behalf of Reliance determined that the Plaintiff was no longer disabled. Instead, Reliance used a nurse to review and conclude that the Plaintiff's physical condition would allow her to work and that her medical condition was not severe enough to warrant further disability payments.

9. Reliance made this determination despite the Plaintiff's treating physician advising Reliance to the contrary, and the Social Security Administration's determination that the Plaintiff was disabled based upon almost the same definition that Reliance used after 24 months of disability payments.

## COUNT I
### Breach of Contract

10. Plaintiff readopts and realleges the averments contained in paragraphs 1-10 as if fully and completed set out herein.

11. The Plaintiff is disabled under the terms of Reliance Standard Life Insurance Company's policy under which he is a beneficiary. This policy is not an ERISA policy as it was sponsored by a governmental entity and is otherwise exempt from the provisions of § 29 U.S.C. 1001, et seq.

12. Reliance has failed to pay monthly long-term disability benefits to the Plaintiff and terminated the same effective July 28, 2017.

13. Defendants Reliance and/or A, B, and C have breached the terms of the long-term disability insurance contract by wrongfully terminating benefits effective July 28, 2017.

14. Defendant Reliance and/or A, B and C's breach of contract has resulted in damages to the Plaintiff in the form of lost income. The Plaintiff is entitled to obtain consequential damages in an amount to fully compensate her for her loss, including past due long-term disability benefits with interest; future long-term disability benefits reduced to their present value; and any other benefit which she may be

entitled to receive as a consequence of the Defendants' breach of the insurance contract.

WHEREFORE THESE PREMISES CONSIERED, the Plaintiff prays this Honorable Court will enter a judgment in favor of the Plaintiff and against Defendants Reliance and/or A, B and C compensating the Plaintiff for the Defendants' breach of insurance contract and to award such consequential and compensatory damages as are appropriate.

## COUNT II
## Bad Faith

15. Plaintiff readopts and realleges the averments contained in paragraphs 1-14 as if fully and completed set out herein.

16. Defendants, Reliance and/or A, B and C, as the insurer of the policy in question, denied Plaintiff's long-term disability claim in bad faith.

17. Reliance failed to subject the Plaintiff's claim to a fair and accurate claim review among other things, including: (1) no medical professional authorized or licensed to practice medicine reviewed or examined the Plaintiff on behalf of the Defendants to determine whether she was disabled under the definition of the policy; (2) Reliance used a nurse to overrule a board certified and licensed medical practitioner regarding the severity of the Plaintiff's disability. Moreover, the reviewing nurse never met the Plaintiff and never examined the Plaintiff, but concluded that her medical condition no longer rendered her unable to perform any occupation based upon her training, education and experience.

18. Reliance further knew that their definition of disability after 24 months was virtually identical to the Social Security Administration's definition of disability and that Reliance had been receiving a benefit of an offset for a portion of the policy period for the Plaintiff's receipt of Social Security disability benefits.

19. These inconsistent actions on behalf of the Defendant and failure to adhere to reasonable claims practices in a fair review allowed the Defendants to unfairly create its own debatable reason to deny coverage and/or failure to subject the Plaintiff's claim to a fair and adequate good faith review and thus this conduct constitutes bad faith under Alabama law.

21. The Defendants have denied the Plaintiff's long-term disability claim and/or other terminated the Plaintiff's claim in bad faith.

22. As a result of the Defendants' actions, the Plaintiff has suffered damages in the form of lost income, and worry and concern over the loss of future income.

WHEREFORE THESE PREMISES CONSIDERED, the Plaintiff prays that this Honorable Court will enter a judgment in favor of the Plaintiff and against the Defendants, Reliance and/or A, B, and C, for compensatory damages including amounts due under the contract, damages for worry and anxiety over the loss of future income; future long-term disability benefits reduced to their present value; back due benefits and interest; and for any such

other compensatory damages the Plaintiff may be entitled to receive, plus an appropriate award of punitive damages to punish and deter this Defendant and other defendants from engaging in bad faith conduct, in an amount to be determined by a jury.

/s/ Willson Jenkins
Willson Jenkins
Attorney for Plaintiff
201 South Court Street
Suite 450
Florence, AL  35630
(256) 766-4840

## JURY DEMAND

**Plaintiff demands trial struck by jury on all counts.**

/s/ **Willson Jenkins**
**Willson Jenkins**

Reliance Standard Life Insurance Company
c/o CT Corporation System
2 North Jackson Street
Suite 605
Montgomery, Alabama 36104



AlaFile E-Notice

20-CV-2018-900390.00

To: ROBERT WILLSON JENKINS MR.
billie@jenkinsandgonce.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF COLBERT COUNTY, ALABAMA

NANCY HESTER V. RELIANCE STANDARD LIFE INSURANCE COMPANY
20-CV-2018-900390.00

The following complaint was FILED on 12/10/2018 3:58:00 PM

Notice Date:    12/10/2018 3:58:00 PM

NANCY L. HEARN
CIRCUIT COURT CLERK
COLBERT COUNTY, ALABAMA
P.O. BOX 740370
TUSCUMBIA, AL, 35674

256-386-8511



AlaFile E-Notice

20-CV-2018-900390.00

To: RELIANCE STANDARD LIFE INSURANCE COMPANY
C/O CT CORPORATION SYSTEM
2 N. JACKSON ST STE.605
MONTGOMERY, AL, 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF COLBERT COUNTY, ALABAMA

NANCY HESTER V. RELIANCE STANDARD LIFE INSURANCE COMPANY
20-CV-2018-900390.00

The following complaint was FILED on 12/10/2018 3:58:00 PM

Notice Date:     12/10/2018 3:58:00 PM

NANCY L. HEARN
CIRCUIT COURT CLERK
COLBERT COUNTY, ALABAMA
P.O. BOX 740370
TUSCUMBIA, AL, 35674

256-386-8511

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

7018 1130 0001 3029 7917

| Certified Mail Fee | |
|---|---|
| $ | |

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)     $ _____
- ☐ Return Receipt (electronic)   $ _____
- ☐ Certified Mail Restricted Delivery $ _____
- ☐ Adult Signature Required      $ _____
- ☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$

Sent To: Reliance Standard Life Ins Co.
Street and Apt. No., or PO Box No.: CV18-900390  D001
City, State, ZIP+4:

Postmark Here — DEC 2018 USPS

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions



AlaFile E-Notice

20-CV-2018-900390.00
Judge: JACQUELINE M. HATCHER

To: JENKINS ROBERT WILLSON JR
billie@jenkinsandgonce.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF COLBERT COUNTY, ALABAMA

NANCY HESTER V. RELIANCE STANDARD LIFE INSURANCE COMPANY
20-CV-2018-900390.00

The following matter was served on 12/13/2018

**D001 RELIANCE STANDARD LIFE INSURANCE COMPANY**
**Corresponding To**
CERTIFIED MAIL

NANCY L. HEARN
CIRCUIT COURT CLERK
COLBERT COUNTY, ALABAMA
P.O. BOX 740370
TUSCUMBIA, AL, 35674

256-386-8511

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RELIANCE STANDARD LIFE INSURANCE COMPANY
C/O CT CORPORATION SYSTEM
2 N. JACKSON ST STE. 605
MONTGOMERY, AL 36104

9590 9402 4301 8190 3283 02

2. 7018 1130 0001 3029 7917

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  ☐ Agent ☒ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  DEC 1 3 2018

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

CV18-900390 D001

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt



USPS TRACKING #

9590 9402 4301 8190 3283 02

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

2018 DEC 18 AM 7:59

NANCY HEARN
CIRCUIT COURT CLERK

Sender: Please print your name, address, and ZIP+4® in this box

Nancy L. Hearn
Circuit Clerk
Colbert County Courthouse
P.O. Box 740370
Tuscumbia, AL 35674

