FILED
2019 Sep-30  AM 09:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| NANCY HESTER, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 3:19-cv-0067-LCB |
| RELIANCE STANDARD LIFE INSURANCE COMPANY, | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

The parties having notified the Court that all claims embraced herein have been resolved, it is **ORDERED** that all claims be **DISMISSED** with prejudice. The Clerk is directed to close this file. Costs are taxed as paid.

**DONE** and **ORDERED** this September 30, 2019.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE